# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

**CRIMINAL COMPLAINT**

Diego Armando Perez    Principal
YOB: 1991

Case Number:

M-17- 0267 -M

United States District Court
Southern District of Texas
FILED

FEB 0 8 2017

Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __02/07/2017__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Carlos Adalberto Salazar-Alvarado and Federico Melendez-Lopez, citizens and nationals of Mexico, along with four (4) other undocumented aliens, for a total of six (6), who had entered the United States in violation of law, did knowingly transport, or move or attempts to transport said aliens in furtherance of such violation of law within the United States, that is, from a location near Mission, Texas, to the point of arrest near Mission, Texas.**

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__ **FELONY**

I further state that I am a(n) __U.S. Senior Border Patrol Agent__ and that this complaint is based on the following facts:

**On February 7, 2017, camera operators observed several subjects on a raft crossing the Rio Grande River near McAllen, Texas. The camera operator relayed to Border Patrol Agents via radio that the subjects in the raft made landfall near a boat dock in the Cavazos property. The camera operator then observed the subjects run away from the river and jump into a white extended cab pickup truck that was parked near the boat dock. Agents were advised by the camera operator that the white pickup truck sped off and was headed northbound towards the Cavazos main entrance.**

**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint:   [X] Yes  [ ] No

Signature of Complainant

Julio C. Peña    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

February 8, 2017                    at  McAllen, Texas
Date                                    City and State

Dorina Ramos              , U. S. Magistrate Judge
Name and Title of Judicial Officer          Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
## McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-17- 0267 -M

**RE:** Diego Armando Perez

**CONTINUATION:**
Border Patrol Agents nearby responded to the area and a short time later, agents observed the white extended pickup truck exiting the Cavazos main entrance. Agents proceeded to follow the pickup truck and a vehicle stop was conducted shortly thereafter. As agents approached the vehicle, the driver blurted out to the agents "you got me" and "I had to get caught sometime". The driver was identified as Diego Armando Perez, a United States Citizen.

Agents observed through the window of the pickup truck several subjects on the back seat stacked on top of each other. A total of six subjects were found inside the pickup truck. The passengers were questioned as to their immigration status to which they all admitted they had just illegally entered into the United States. Carlos Adalberto Salazar-Alvarado and Federico Melendez-Lopez along with the other four passengers were determined to being illegally present in the United States.

At this time Diego Armando Perez was read his Miranda Rights. Perez and all passengers were placed under arrest and taken to the McAllen Border Patrol station to be processed accordingly.

**PRINCIPAL STATEMENT:**
Diego Armando Perez was read his Miranda Rights. He understood his rights and agreed to provide a sworn statement without the presence of an attorney

Perez stated he was aware that the people he was transporting were illegal aliens. He stated that he saw the six subjects by the brush and decided to pick them up. Perez stated that he instructed the subjects to get in his vehicle. Perez indicated that he was going to charge an unknown smuggler for delivering the six aliens. He stated that he was unsure if he was going to get paid but that he's smuggled aliens in the past and that he knows how it works.

**MATERIAL WITNESSES STATEMENT:**
Carlos Adalberto Salazar-Alvarado and Federico Melendez-Lopez were read their Miranda Rights. Both understood their rights and provided a statement without the presence of an attorney.

Salazar, a citizen of Mexico, stated he made the smuggling arrangements and paid $1,800 USD upfront. He was smuggled, along with five other subjects, into the United States on February 7, 2017. Salazar stated that shortly after being dropped off near a boat dock the driver of a white truck yelled at them to get in. Salazar indicated that the driver had the door open and was instructing them to get inside the pickup truck. Salazar stated that they drove off but were stopped a short time later. He stated that as they were being pulled over, the driver told them not to run. Salazar described the driver as dark skinned with a short haircut and having facial hair. He stated that the driver was wearing a dark colored shirt.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

**ATTACHMENT TO CRIMINAL COMPLAINT:**

M-17- 0267 -M

**RE:** Diego Armando Perez

**CONTINUATION:**

Melendez, a citizen of Mexico, stated he made the smuggling arrangements and was to pay $5,000 USD. He was smuggled along with five other subjects into the United States on February 7, 2017 and was instructed by the brush guide that a white Ford F-150 was going to pick them up. Melendez stated that the driver saw them and instructed them to get inside the pickup truck. Melendez stated that they were stopped a short time later and the driver told them not to move because border patrol was going to arrest them.